# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN THOMAS BENJAMIN,** | : |
| | : CIVIL ACTION NO. 3:20-CV-1825 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Arbuckle) |
| v. | : |
| | : |
| **SCRANTON UC SERVICE CENTER, et al.,** | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF FEBRUARY 2021, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein;

2. Based on 28 U.S.C. § 1915(e)(2) initial screening, Plaintiff's Complaint is

    **DISMISSED** without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

---

[1] Plaintiff filed a document responding to the R&R on February 22, 2021. (Doc. 6.) The document is postmarked February 16, 2021. (Doc. 6 at 2.) Therefore, the Court does not consider the document to be timely filed pursuant to 28 U.S.C. § 636(b)(1)(B). Moreover, Plaintiff provides no specific objection to the R&R but states generally that the Magistrate Judge was "misleading" his "original case" and used "words and different codes" from those used in Plaintiff's complaint. (Doc. 6 at 1.) Based on the filing date and content, the Court does not construe this document to be timely filed objections. As such, the Court reviews the R&R under the clear error standard rather than the *de novo* standard warranted when timely and specific objections are filed. *See Goney v. Clark*, 749 F.2d 5, 6-7 (3d Cir. 1984).

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                        Robert D. Mariani
                                        United States District Judge